UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 26, 2016
David J. Bradley, Clerk

| | |
|---|---|
| NKRUMAH LUMUMBA VALIER,<br>  Petitioner,<br><br>versus<br><br>LORIE DAVIS,<br>Director of the Texas Department of Criminal<br>Justice - Correctional Institutions Division,<br>  Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION 4:16-CV-01696 |

## Order of Adoption

On June 30, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 4) to which the petitioner objected (Dkt. 7). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. The petition is dismissed as an unauthorized successive petition. The court will issue a separate final judgment.

Signed ___July 26___, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge